UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GODDARD, <br>       Plaintiff, <br>   v. <br> METLIFE DISABILITY INSURANCE, <br>       Defendant. | Case No. 23-cv-04180-SK <br><br> **ORDER TO SHOW CAUSE** |

On November 6, 2023, Defendant Metropolitan Life Insurance Company,[1] informed the Court that Plaintiff failed to file an amended complaint on October 23, 2023, as required by the Court. (Dkt. Nos. 16, 20.) The Court will not manage this case for Plaintiff, and Plaintiff must prosecute this case diligently. Therefore, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than November 17, 2023, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall include, as an exhibit, the amended complaint he wishes to file. Plaintiff is admonished that if no response is filed by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: November 6, 2023

SALLIE KIM
United States Magistrate Judge

---

[1] Defendant notes that it has been sued under the erroneous name MetLife Disability Insurance. (Dkt. No. 20.)