UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GODDARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METLIFE DISABILITY INSURANCE,<br><br>　　　　Defendant. | Case No. 23-cv-04180-SK<br><br>**SECOND ORDER TO SHOW CAUSE** |

On November 6, 2023, the Court issued an order to show cause requiring the Plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute. On November 7, 2023, Plaintiff filed an amended complaint without including a separate filing but did not address the failure to prosecute. The Court therefore rejects the amended complaint as satisfying its previous order to show cause.

Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than November 17, 2023, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is again admonished that if no response is filed by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: November 7, 2023

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge